FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 09 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 02-30326 |
| Plaintiff - Appellee, | D.C. No. CR-02-00011-SEH |
| v. | District of Montana, Great Falls |
| ALFRED ARNOLD AMELINE, | ORDER |
| Defendant - Appellant. | |

Before: WARDLAW, GOULD, and PAEZ, Circuit Judges.

Appellant Alfred Ameline's Petition for Rehearing is granted. The opinion filed on July 21, 2004, *United States v. Ameline*, 376 F.3d 967 (9th Cir. 2004), is withdrawn. A new opinion is filed simultaneously with this order.